Emma Theresa Dinkel, appellee, v. Home Mortgage & Investment Company, appellant. Gen. No. 36,116.

Heard in the second division of this court for the

first district at the June term, 1932. ▮ Opinion filed December 30, 1932.

Charles Rudolph, for appellant; Theodore Revzan and Alexander J. Isaacs, of counsel. Abraham Kosdon, for appellee; Harry R. Posner and Leo Waxman, of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.